IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

_____

| | | |
|---|---|---|
| David J. Klemann Sr. and Kathryn Klemann, h/w | : | CIVIL ACTION |
| | : | |
| Plaintiffs | : | NO. 4:14-cv-01688-MWB |
| v. | : | |
| | : | |
| Covan World-Wide Moving, Inc., et al. | : | |
| Defendants | : | |

**WITHDRAWAL OF NOTICE OF REMOVAL FROM THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

Defendants Covan World-Wide Moving, Incorporated, Coleman American Moving Services, Inc. Eagle Leasing, Inc. and Jonathon Blaurock hereby withdraw its Notice of Removal from the United States District Court for the Middle District of Pennsylvania. Defendants reserve the right to seek removal pursuant to 28 U.S.C. § 1441 et seq. and also reserve the right to seek transfer of this matter to the United States District Court for the Middle District of Pennsylvania or other United States District Court at a later date.

**RAWLE & HENDERSON LLP**

Date: September 5, 2014      BY: _____*Maureen E. Daley*_____
Maureen E. Daley
Identification No. 75000
Cheng I To
Identification No. 206183
The Widener Building
One South Penn Square
Philadelphia, PA 19107
(215) 575-4200
Attorneys for Defendants,
Covan World-Wide Moving, Inc.,
Coleman American Moving
Services, Inc., Eagle Leasing, Inc.
and Jonathan A. Blaurock.

**FOR APPROVAL BY THE COURT:**

_____
J,

7685445-1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Withdrawal of Notice of Removal was served pursuant to the Pennsylvania Rules of Civil Procedure as follows:

Churchill H. Huston
The Maher Law Firm
1515 Market Street, Suite 810
Philadlephia, PA  19102
*Attorney for Plaintiff*

Jeffrey Elder
810 W. 5th Street
Ottawa, Kansas  66106

Kathleen Hauman
49 Blue Ridge Drive
Stamford, CT  06903

Sean Phelan
Weber Gallagher Simpson Stapleton Fires & Newby LLP
2000 Market Street
Suite 1300
Philadelphia, PA 19103

**RAWLE & HENDERSON LLP**

Dated:  September 5, 2014        BY:_____
Maureen E. Daley
The Widener Building
One South Penn Square
Philadelphia, PA 19107
Attorneys for Defendants,
Covan World-Wide Moving, Inc.,
Coleman American Moving
Services, Inc., Eagle Leasing, Inc.
and Jonathan A. Blaurock.

7685445-1